John KLAR, Plaintiff–Appellant,

and

Marcy Klar, Plaintiff,

v.

SETERUS, INC.; Federal National Mortgage Association, Defendants–Appellees.

No. 14–1791.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 22, 2014.

John Klar, Appellant Pro Se. Terry Catherine Frank, Kaufman & Canoles, PC, Richmond, Virginia, Christy Lee Murphy, Kaufman & Canoles, PC, Norfolk, Virginia, for Appellees.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Klar appeals the district court's orders dismissing his civil action with prejudice after he failed to comply with a scheduling order and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Klar v. Seterus, Inc.,* No. 3:13–cv–00462–JAG (E.D.Va. July 8, 2014; Aug. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*